Pro Se 8 (Rev. 09/16) Complaint for Violation of Fair Labor Standards

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

Cassidy J. Camp

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

The South Florida Science Center and Aquarium

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☑ Yes ☐ No

FILED BY _____ D.C.

NOV 16 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## COMPLAINT FOR VIOLATION OF FAIR LABOR STANDARDS

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Cassidy J Camp |
| Street Address | 1035 35th St |
| City and County | West Palm Beach   Palm Beach County |
| State and Zip Code | Florida 33407 |
| Telephone Number | 620-931-8242 |
| E-mail Address | cazcdcamp@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | The South Florida Science Center and Aquarium |
| Job or Title *(if known)* | |
| Street Address | 4801 Dreher Trail North |
| City and County | West Palm Beach   Palm Beach County |
| State and Zip Code | Florida 33405 |
| Telephone Number | 561-832-1988 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Lew Crampton |
| Job or Title *(if known)* | CEO |
| Street Address | 4801 Dreher Trail North |
| City and County | West Palm Beach   Palm Beach County |
| State and Zip Code | Florida 33405 |
| Telephone Number | 561-370-7740 |
| E-mail Address *(if known)* | lcrampton@sfsciencecenter.org |

Defendant No. 3

| | |
|---|---|
| Name | Kate Arrizza |
| Job or Title *(if known)* | COO |
| Street Address | 4801 Dreher Trail North |
| City and County | West Palm Beach  Palm Beach |
| State and Zip Code | Florida  33407 |
| Telephone Number | 561-370-7706 |
| E-mail Address *(if known)* | karrizza@sfsciencecenter.org |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

### C. Place of Employment

The address at which I am employed or was employed by the defendant(s) is

| | |
|---|---|
| Name | The South Florida Science Center and Aquarium |
| Street Address | 4801 Dreher Trail North |
| City and County | West Palm Beach  Palm Beach |
| State and Zip Code | Florida  33405 |
| Telephone Number | 561-832-1988 |

## II. Basis for Jurisdiction

This action is brought pursuant to *(check all that apply)*:

- [✓] Fair Labor Standards Act, as codified, 29 U.S.C. §§ 201 to 209.
- [✓] Relevant state law
- [✓] Relevant city or county law

## III. Statement of Claim

State as briefly as possible the facts of your case. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Nature of employer's business:
Non-Profit Science Center amd Museum

B. Dates of employment:
October 2015-October 2016

C. Employee's job title and a description of the kind of work done:
Financial Accountant; accounting work completed on a daily basis.

D. Rate, method, and frequency of wage payment:

$1538.46 paid direct deposit bi-weekly

E. Number of hours actually worked each week in which a violation is claimed:
40

F. Description of the alleged violation(s) *(check all that apply)*:

☐ Failure to pay the minimum wage *(explain)*

☐ Failure to pay required overtime *(explain)*

☑ Other violation(s) *(explain)*
\*Impermissible Deductions; on partial days worked my vacation was charged.
\* Breach of Contract

G. Date(s) of the alleged violation(s):
Dec 2015-Oct. 2016

H. Additional facts:
I was An "Exempt Employee" and the FLSA states only in certain instances can an "Exempt Employee" have deductions. The company has done this to all "exempt Employees" except for the CEO and COO. Since this was not a one time occurrence, the company should lose the "Overtime Exemption" and be forced to pay the "Exempt Employees" overtime for the period the infraction occurred.

I was told I would have the job until at the min. December 2016 and was fired in October 2016.

Email attached

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Requesting to be reimbursed for my partial days worked, vacation used to cover partial days, and punitive damages to be determined at Trial.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/16/2016

Signature of Plaintiff: *(signed)*
Printed Name of Plaintiff: Cassidy J Camp

#### B. For Attorneys

Date of signing:

Signature of Attorney:
Printed Name of Attorney:
Bar Number:

Pro Se 8 (Rev. 09/16) Complaint for Violation of Fair Labor Standards

| | |
|---|---|
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Pro Se 8 (Rev. 09/16) Complaint for Violation of Fair Labor Standards

To: Alisa Holmes
Cc: Andy W. Palmer
Subject: RE: Vacation Hours - for personal time off

Monday and Tuesday I will be in at noon as discussed.

**Cassidy Camp**
Financial Accountant

South Florida Science Center and Aquarium
4801 Dreher Trail North, West Palm Beach, FL 33405
T (561) 370-7760
F (561) 833-1828   W <u>sfsciencecenter.org</u>   



---

**From:** AHolmes [mailto:alisa4350@aol.com]
**Sent:** Wednesday, October 12, 2016 11:34 AM
**To:** Cassidy Camp
**Cc:** Andy W. Palmer
**Subject:** Vacation Hours - for personal time off

Cassidy,

\*Please note that this is a follow-up email in response to your submitted annual leave form this morning for Friday's payroll cycle.

This email serves to confirm our agreement regarding your use of vacation time on a weekly basis to accommodate your request to have time off for religious practices. Per our discussion, each week you will come in at noon 2 days per week (as personal time off). These days will 'generally' be consistently on Tuesday and Thursday and whenever there is a change you will let me (and Andy) know in advance (via text message is considered sufficient). This is important so that everyone knows when you will be available. I also agreed to your suggestion that you forego lunch during the week, at your discretion, to offset some of the time off. Although this is not something I've ever been asked to do in my 7 years at SFSCA, I'm happy to be flexible and accommodating to you.

We further discussed that beginning December 1, 2016, per the FLSA, your classification will be changed from "salary" to "hourly". As a result, beginning December 1st, you will be required to clock in and out. You will also be paid overtime for hours worked in excess of 40 per week, excluding vacation time used. This ruling has been mandated by the FLSA of 2016 and applies to ALL Science Center staff (which we have made budget modifications to account for overtime to ensure that we are dong our part to follow mandated law).

In the coming weeks, Andy will set you up (along with the other employees affected) in the time-clock so that you will be able to clock in and out. This will not affect your annual leave/personal time off that we have already agreed upon.

Since this is the first payroll where you have used time as discussed above, it's important that we are all on the same page and it's documented so there are no issues if your time off comes up in the future.

Best Regards,
*Alisa Holmes, MBA, CPA*

1