UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-81884-MARRA/MATTHEWMAN

**CASSIDY J. CAMP,**

    Plaintiff,

v.

**THE SOUTH FLORIDA SCIENCE
CENTER AND AQUARIUM, et al.**

    Defendants.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE same before the Court on THE SOUTH FLORIDA SCIENCE CENTER and AQUARIUM ("Science Center"), LEW CRAMPTON ("Crampton"), and KATE ARRIZZA ("Arrizza") (collectively "Defendants") and CASSIDY J. CAMP's ("Plaintiff"), Joint Stipulation of Dismissal with Prejudice [DE ____], and the Court having reviewed the record and being otherwise fully advised, it is,

**ORDERED and ADJUDGED**, that this action is hereby dismissed with prejudice.

**DONE and ORDERED** in Chambers, in Palm Beach County, Florida, this _____ day of _____, 201__.

 

                                                                     HONORABLE KENNETH A. MARRA

Copies furnished:

Jonathan Vine, Esq.
Jonathan.vine@csklegal.com
Jonathan Railey, Esq.
Jonathan.railey@csklegal.com
COLE SCOTT & KISSANE, P.A.
Esperanté Building, Suite 120

222 Lakeview Avenue
West Palm Beach, FL 33401

*Attorneys for Defendants, South Florida*
*Science Center and Aquarium, Lew Crampton, and Kate Arrizza*

**VIA ECF**

Cassidy J. Camp
cazcdcamp@gmail.com
1035 35th St.
West Palm Beach, FL 33407

*Pro Se Plaintiff*

**Via Electronic Mail**