UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 16-cv-81884-KAM

CASSADY J. CAMP,

     Plaintiff,

vs.

THE SOUTH FLORIDA SCIENCE
CENTER AND AQUARIUM, LEW
CRAMPTON, and KATE ARRIZZA,

     Defendants.

_____/

## ORDER

This matter is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (DE 12).

This type of dismissal is self-executing and the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). It is hereby **ORDERED AND ADJUDGED** that any pending motions are **DENIED AS MOOT** and that the Clerk shall **CLOSE** this case.

     **DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 21st day of December, 2016.

_____
KENNETH A. MARRA
United States District Judge